NOT DESIGNATED
FOR PUBLICATION

**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2020-CA-1309

Tonya Y. Carraway and Michael L. Carraway

- - Versus - -

Delonzo D. Carraway, Harold A. Utomakili, Travelers
Casualty & Surety Company of America and Aurora
Investments, Inc. Retirement

23rd Judicial District Court
Case #: 116865
Ascension Parish

On Application for Rehearing filed on 08/18/2021 by Tonya Y. Carraway, et al

Rehearing _denied._

Vanessa Guidry Whipple

Jewel E. "Duke" Welch

Wayne Ray Chutz

Date **OCT 2 8 2021**

Rodd Naquin, Clerk